**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: PETITION OF BURTON R.     :   No. 694 MAL 2017
ADAMS AND JOANNE M. ADAMS, HIS  :
WIFE          :
             :   Petition for Allowance of Appeal from
             :   the Order of the Commonwealth Court
PETITION OF: WILLIAM DITTMAR AND  :
JAMES M. CORL       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2018, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by petitioner, are:

(1)     Whether the private road act compels another land owner to open up his private land to allow an adjoining landowner access to a specific desired portion of his or her property when that landowner already has access to his property?

(2)     Whether the Respondents established that the public is the primary and paramount beneficiary of the opening of the private roadway over the petitioner's property?

(3)     Did the Commonwealth Court of Pennsylvania abuse its discretion in affirming the lower court's decision in dismissing Petitioner's exceptions to supplemental report of the board in that the report stated that the Petitioner's land was "essentially land locked" when the record demonstrated ready access to same was available via Star Road, an abandoned township road?

(4)     Did the Commonwealth Court of Pennsylvania abuse its discretion in affirming the lower court's decision in dismissing [Petitioner's] exceptions to supplemental report of the board in that the access recommended by the board of view over [Petitioner's] land was clearly not of primary benefit to the public as required by law?